AMOS L. PRESCOTT v. ALWYN BALL, JR., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.